IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

OCTAVIO HERNANDEZ SUAREZ,

        Defendant.
_____/

CIV. NO. S-06-2728 EJG
CR. NO. S-02-0246 EJG

ORDER DIRECTING UNITED STATES TO FILE RESPONSE

    Defendant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  The United States is directed to file a response to the motion within 60 days from the filing date of this order.  Defendant may file a reply within 30 days after service of the response.  The matter will stand submitted upon receipt of the reply brief.

    The Clerk of Court is directed to serve copies of this order and defendant's motion on Assistant U.S. Attorney Ken Melikian, and to add defendant in propria persona, to the service list.

    IT IS SO ORDERED.

Dated: February 20, 2007

                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA, JUDGE
                              UNITED STATES DISTRICT COURT