IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

OCTAVIO HERNANDEZ SUAREZ,

        Plaintiff,        CR. NO. S-02-0246 EJG
                              CIV. NO. S-06-2728 EJG

   v.

                              <u>ORDER WAIVING ATTORNEY-CLIENT</u>
UNITED STATES OF AMERICA,     <u>PRIVILEGE, COMPELLING</u>
                              <u>DISCLOSURE, AND GRANTING</u>
       Defendant.          <u>EXTENSION</u>
_____/

    In response to defendant's § 2255 motion to vacate, set aside or correct his sentence, the government has filed an application seeking an order waiving attorney-client privilege, compelling disclosure of certain information, and granting an extension of time to file its response to the motion. The motion is GRANTED.

    By raising the issue of ineffective assistance of counsel, defendant has waived the issue of attorney-client privilege for all matters challenged. However, the waiver is limited by the nature of the claims. In his § 2255 motion defendant raises two instances of alleged ineffective assistance: 1) failure to

1

communicate a plea offer; and 2) failure to inform him of all possible plea options. Accordingly, the privilege is deemed waived with respect to all communications between defendant and his counsel Steve Bauer, and others providing legal assistance (including interpreters), concerning 1) plea offers made by the government, and 2) all possible plea options, during the prosecution of <u>United States v. Octavio Suarez</u>, Cr. No. S-02-0246 EJG.

In addition, based on the government's application, the court finds that the United States cannot properly respond to defendant's allegations of ineffectiveness without disclosure of all communications between defendant and his counsel, and others providing legal assistance (including interpreters) concerning 1) plea offers made by the government, and 2) all plea options during the prosecution of the above-entitled case.

Finally, the government's request for an extension of 60 days in which to respond to the § 2255 motion is GRANTED. The government shall file with the court and serve on defendant its response within 60 days from the filing date of this order. Defendant may file a reply within 30 days after service of the government's response.

IT IS SO ORDERED.

Dated: August 29, 2007

                                      /s/ Edward J. Garcia
                                      EDWARD J. GARCIA, JUDGE
                                      UNITED STATES DISTRICT COURT