IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

OCTAVIO HERNANDEZ SUAREZ,

        Defendant.
_____/

CIV. NO. S-06-2728 EJG
CR. NO. S-02-0246 EJG

ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY

    Defendant, a federal prisoner proceeding pro se, has filed a Notice of Appeal from this court's March 20, 2008 order denying his § 2255 motion to vacate, set aside or correct his sentence. He has also filed a request for a certificate of appealability, which certificate must be issued before defendant can appeal the decision. See Fed. R. App. P. 22(b). Such certification may issue "only if [defendant] has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b)(1).

1

For all of the reasons stated in the court's March 20, 2008 order, defendant has not made a substantial showing of the denial of a constitutional right.  Although two of his claims arise under the specter of the constitution, defendant has not demonstrated that "reasonable jurists would find the District Court's assessment of the constitutional claims debatable or wrong." <u>Slack v. McDaniel</u>, a529 U.S. 473, 484 (2000).  Rather, he merely reargues his motion to vacate, set aside or correct his sentence, disagreeing with the evidence proffered against him, but failing to present any of his own. Accordingly, the motion for a certificate of appealability is DENIED.

   IT IS SO ORDERED.

Dated: May 21, 2008

                    /s/ Edward J. Garcia
                    EDWARD J. GARCIA, JUDGE
                    UNITED STATES DISTRICT COURT

2