IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

OCTAVIO HERNANDEZ SUAREZ,

      Petitioner,           CR S-02-246 EJG
                                         CIV. NO. S-06-2728 EJG

   v.

                                         ORDER DENYING MOTION FOR
UNITED STATES OF AMERICA,     RECONSIDERATION

      Respondent.
_____/

    Defendant, a federal prisoner proceeding pro se, has filed a motion seeking reconsideration of the court's June 24, 2010 order denying his Rule 60(b) motion for relief from judgment. Motions for reconsideration require the recitation of new or different facts, a change in applicable law or manifest injustice. Defendant has provided none of the above in support of his motion. Instead, he revisits the arguments made in connection with his original motion, which arguments the court considered and rejected in its June 24th order.

    Accordingly, defendant's motion for reconsideration is DENIED.

    IT IS SO ORDERED.

Dated: July 26, 2010

                                        /s/EDWARD J. Garcia
                                        EDWARD J. GARCIA, JUDGE
                                        UNITED STATES DISTRICT COURT