HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:02-cr-246-03 WBS |
| Plaintiff, | **NOTICE OF NON-SUPPLEMENTATION OF DEFENDANT'S PRO SE MOTION; [~~PROPOSED~~] ORDER** |
| v. | |
| OCTAVIO HERNANDEZ SUAREZ, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Judge: Hon. WILLIAM B. SHUBB |

Pursuant to General Order 546, the Federal Defender's Office is appointed to represent Mr. Hernandez Suarez on a motion for sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 782. Please take notice that the Office of the Federal Defender will not file a supplement to the defendant's pro se motion, filed on November 12, 2015 (CR #230), and the Federal Defender's Office hereby requests withdrawal as counsel in this matter.

If the Court wishes to appoint CJA Panel Counsel to represent the defendant, attorney, John Balazs, is available for appointment and a proposed order is attached for the Court.

Dated: November 19, 2015

          Respectfully submitted,

          HEATHER E. WILLIAMS
          Federal Defender

          *s/ Hannah R. Labaree*
          HANNAH R. LABAREE
          Assistant Federal Defender

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On November 19, 2015, she caused to be served a copy of the attached NOTICE OF NON-SUPPLEMENTATION OF DEFENDANT'S PRO SE MOTION by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States mail at Sacramento, California as follows:

Octavio Hernandez Suarez
Register No. 13758-097
Taft CI
Post Office Box 7001
Taft, CA  93268

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of November, 2015.

/s/ Lisa M. Kennison
Lisa M. Kennison

Notice Regarding Non-supplementation

## ORDER

Pursuant to General Order No. 546 and the provisions of the Criminal Justice Act, 18 U.S.C. §§3006A(a)(1) and (c), and in accordance with the retroactive application of the United States Sentencing Commission's Amendment 782, CJA Panel Attorney, John Balazs, is hereby appointed effective, November 19, 2015 the date the Office of the Federal Defender first contacted him.

**Dated:  November 19, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Notice Regarding Non-supplementation