John Balazs, Bar. No. 157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
OCTAVIO HERNANDEZ SUAREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OCTAVIO HERNANDEZ SUAREZ,<br><br>　　　　　Defendant. | No.  2:02-CR-0246-03 WBS<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE RE: MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>Hon. William B. Shubb |

Defendant, OCTAVIO HERNANDEZ SUAREZ, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the briefing schedule regarding defendant's §3582(c)(2) motion by six weeks as follows:

　　Defendant's Amended Mtn Due:　　　　　　　　　　　　January 29, 2016

　　Government's Response Due:　　　　　　　　　　　　February 19, 2016

　　Defendant's Reply Brief Due:　　　　　　　　　　　　February 26, 2016

This request is made because the defendant needs additional time to obtain and review the file from the district court's archives. According to the Bureau of Prisons, defendant's projected release date is October 30, 2019.

Dated: November 2, 2015                   Dated: November 2, 2015

BENJAMIN B. WAGNER
United States Attorney


 /s/ *Jason Hitt*                          /s/*John Balazs*
JASON HITT                                 JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                     Attorney for Defendant
UNITED STATES OF AMERICA                   OCTAVIO HERNANDEZ SUAREZ


**ORDER**

IT IS SO ORDERED.

Dated: December 10, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE