John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
OCTAVIO HERNANDEZ SUAREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>OCTAVIO HERNANDEZ SUAREZ,<br>Defendant. | No. 2:02-CR-0246-WBS<br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE RE: MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br>Hon. William B. Shubb |

Defendant, OCTAVIO HERNANDEZ SUAREZ, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the briefing schedule regarding defendant's §3582(c)(2) motion as follows:

| | |
|---|---|
| Defendant's Amended Motion Due: | March 4, 2016 |
| Government's Response Due: | April 1, 2016 |
| Defendant's Reply Brief Due: | April 15, 2016 |

This request is made because the defendant needs additional time to retrieve and review the file from the clerk's office and prepare an amended motion. Defendant's projected release date is 10/30/2019.

Dated: January 25, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: January 25, 2016

/s/*John Balazs*
JOHN BALAZS

Attorney for Defendant
OCTAVIO HERNANDEZ SUAREZ

**ORDER**

IT IS SO ORDERED.

Dated: January 25, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE